CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 31 2007

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PAUL ROBERSON, | ) | |
|     Petitioner, | ) | Civil Action No. 7:06cv00414 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIEN, WARDEN, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the above referenced motion pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 31st day of January, 2007.

United States District Judge